

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00906-CV

David **MAUK**,
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Appellant has filed a Motion to Stay Trial Court Proceedings pending resolution of his interlocutory appeal. Appellees object to the requested relief. After considering the parties' pleadings, we GRANT the motion.

It is hereby ORDERED that all underlying proceedings in the lawsuit styled *Pipe Creek Water Well, LLC and Robert Rae Powel v. David Mauk*, and numbered 2013-CI-00386, pending in the 408th Judicial District Court of Bexar County, Texas, are STAYED pending further order of this court.

Appellant is reminded that his brief is due no later than February 2, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court